# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| BARBARA JOHNSON, | ) |
| Plaintiff | ) ) ) ) |
| v. | ) ) |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | ) ) )   Docket No. 03-CV-68-P-S |
| and | ) ) ) |
| UNUMPROVIDENT CORPORATION, | ) ) ) ) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiff's Rule 60(b) Motion for Relief from Judgment (Docket # 78). Having reviewed the submission of both sides made in connection with the motion, the Court concludes that the Motion is without merit. Plaintiff's "newly discovered evidence" in any event would not change the Court's previous decision to grant summary judgment for Defendants. For this reason, Plaintiff's Motion for Relief from Judgment is DENIED.

SO ORDERED.

                                                        /s/ George Z. Singal
                                                       Chief U.S. District Judge

Dated this 15th day of September 2005.